UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA,<br>(as assignee of Pennsylvania Higher<br>Education Assistance Agency) | ) ) ) ) | |
| Plaintiff, | ) ) | |
| v. | ) ) | |
| PASCHAL V. OPARAH, DPM | ) ) ) ) ) | (Originally filed in the Circuit Court of Cook<br>County, Illinois as Case No. 02 L 11609) |
| Defendant. | ) | |

REGISTRATION OF STATE COURT JUDGMENT
(HEALTH EDUCATION ASSISTANCE LOAN)
PURSUANT TO 42 U.S.C. § 292f(h)(3)

Respectfully Submitted,

GARY S. SHAPIRO
Acting United States Attorney

By:    s/ Joseph A. Stewart
JOSEPH A. STEWART
Assistant United States Attorney
219 South Dearborn Street
Chicago, Illinois  60604
(312) 469-6008
joseph.stewart@usdoj.gov

## IN THE CIRCUIT COURT OF COOK COUNTY, ILLINOIS
## COUNTY DEPARTMENT, LAW DIVISION

Pennsylvania Higher
Education
Assistance Agency **Plaintiff(s)**

v.

Paschal Oparah **Defendant(s)**
v.

)
)
)
)
)
)
)
)

No. 02 L 11609

### ORDER

**THIS MATTER COMING FOR HEARING ON THE MOTION OF** Plaintiff/Defendant
For _Proving Up of Attorneys Fees & Costs_, **DUE NOTICE HAVING BEEN GIVEN, AND
THE COURT BEING OTHERWISE FULLY ADVISED IN THE PREMISES:**

### IT IS HERE BY ORDERED:

4231  1) Movant is given leave to file a Motion and Memorandum in Support thereof
instanter/within _____ days or by _____

4231  2) Respondent shall Respond by _____ ;

4231  3) Movant shall Reply by _____ ;

4217  4) The Movant must provide the Court at **CLERK'S STATUS** on (Mon.Fri.)_____
, 200__, at 8:45 a.m. with a **COMPLETE** set of ALL documents including the **MOTION,
RESPONSE, REPLY**, etc., Deposition transcripts if applicable, Complaint, if Dismissal is
sought ; and all Exhibits.  No brief in excess of 15 pages shall be submitted without leave of
court.

4304  5) The previous Clerk's Status Date of _____, 200 __ is stricken and reset
to _____, 200 __ at _____ a.m./p.m.

6) No continuance of any of the above dates will be granted without leave of the court;

7) Lack of compliance with any of the above many result in either a striking or ruling on the
Motion without hearing, as applicable.

8) Hearing/Disposition Date is set for _____, 200__, at _____ a.m./p.m.

9) The previous Hearing Date of _____,200 at _____, a.m./p.m. is
stricken and reset to _____, 200 at a.m./p.m.

10) Other _Judgement entered on July 23 2004 for plaintiff in the
amount of 4154,122.90 is modified to include attorneys fees in the
amount of $6,224.00 for fees and $1,105.95 for costs. Judgment and costs
now entered in the amount of $161,452.85 against defendant._   4293

Attorney No. 90495          Date _____ Enter: SEP 08 2004

Attorney Name/For _Theresa Duckett / Plaintiff_    Ronald F. Bartkowicz - Circuit Court Judge - 195   **R. B.**

Attorney Address _115 S. LaSalle St._    DOROTHY BROWN   Judge Ronald F. Bartkowicz

Attorney Address                              ENTERED
                                             AUG 19 2004

City/State _Chicago IL_    CLERK OF THE CIRCUIT COURT OF COOK COUNTY, IL
                          THIS ORDER IS THE COMMAND OF THE CIRCUIT
Attorney Phone No. _312 443-7000_   COURT, VIOLATION THEREOF IS SUBJECT TO THE   Circuit Court - 193
                                    DIGNITY OF THE LAW.

## ASSIGNMENT OF JUDGMENT

I, Patricia Walton, representing the Pennsylvania Higher Education Assistance Agency (assignor), 1200 North Seventh Street, City of Harrisburg, Commonwealth of Pennsylvania, in consideration of the sum of $161,452.15, receipt of which is acknowledged, paid to the Pennsylvania Higher Education Assistance Agency by the United States of America (assignee) hereby assign to assignee the Judgment recovered by assignor on July 23, 2004, docketed in the Circuit Court of Cook County, Illinois, Case No. 2002-L-11609, against **PASCHAL V. OPARAH,** for $140,030.37 in principal, $14,092.53 in interest, plus post judgment interest, attorney fees of $6,224.00 and costs of $1,105.25.

Assignor authorizes the United States of America to ask, demand, and receive, and to sue out executions and take all lawful ways for the recovery of the money due or to become due to this Judgment.

Assignor has not done and will not do anything to hinder or prevent the United States of America from enforcing the Judgment.

I have executed this assignment at PHEAA, 1200 North Seventh Street, Harrisburg, Pennsylvania 17102 this 14th day of September, 2004.


Patricia Walton